IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELISSA MARIE DOTSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00141-MTT-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 11, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, the Commissioner's decision is AFFIRMED. JUDGMENT is hereby entered in favor of Defendant.

This 11th day of September, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk